UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARY GALLIGAN**                                                                          **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 2:19-cv-61-TBM-MTP**

**TRACTOR SUPPLY COMPANY**                                       **DEFENDANT**

## ORDER

This matter came before the Court on Defendant's Motion to Strike [50], Defendant's Motion for Partial Summary Judgment [56] as to certain damages claims and as to medical causation, and Defendant's Motion to Strike [68] the affidavit of Dr. Bell. At the hearing conducted in this matter on July 20, 2021, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions.

The Court concluded that the Defendant's Motion to Strike [50] certain expert opinions of the Plaintiff's designated expert, Dr. Ralph Bell, should be denied. The Court cautioned that while Dr. Bell is qualified and his methodology is reliable — at least at this stage of the proceedings — depending on Dr. Bell's testimony at trial, he may ultimately be deemed either unqualified or his methodology unreliable. The Court further concluded that the Defendant's Partial Motion for Summary Judgment [56] as to certain damages claims and as to medical causation, should be granted in part and denied in part. The Court granted the Defendant's Motion insofar as Dr. Baylis' testimony will be limited to the information contained in his medical records and found that Dr. Baylis will be prohibited from offering causation testimony at trial as there is no causation

opinion from Dr. Baylis in the medical records. The Court finally concluded that the Defendant's Motion to Strike [68] the affidavit of Dr. Ralph Bell should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on July 20, 2021, the Defendant's Motion to Strike [50] is DENIED.

IT IS FURTHER ORDERED that the Defendant's Partial Motion for Summary Judgment [56] is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Defendant's Motion to Strike [68] is DENIED.

THIS, the 22nd day of July, 2021.

                              TAYLOR B. McNEEL
                              UNITED STATES DISTRICT JUDGE